# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   EDCV 08-1513-DDP (JCR)                     Date     June 6, 2008

Title   RICHARD DAVIS-v-JOHN MARSHALL

---

Present: The            JOHN RAYBURN, JR., U. S. MAGISTRATE JUDGE
Honorable

| DEB TAYLOR | N/A | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

Proceedings: **(IN CHAMBERS**)) ORDER GRANTING RESPONDENT'S REQUEST FOR STAY

On May 27, 2008, Respondent John Marshall ("Respondent") filed Respondent's Request For Stay Pending Issuance Of The Mandate In *Hayward*.  Therein, Respondent notes that the Ninth Circuit granted *en banc* review of *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008), and argues that the upcoming decision of the Ninth Circuit may impact the resolution of this matter.  On May 28, 2008, Petitioner Richard Davis, through counsel Linda Buchalter, filed an opposition to the request to stay.

The Court has reviewed both filings, and determined that a stay is appropriate in this matter based upon the Ninth Circuit's decision to grant *en banc*  review in *Hayward v. Marshall*.  Accordingly, the Court orders that the instant matter is stayed pending resolution in *Hayward v. Marshall*.  Respondent is ordered to provide this Court with updates on the first and fifteenth of each month concerning what, if any, rulings have been made by the Ninth Circuit in *Hayward v. Marshall*.

Initials of Deputy Clerk dts