O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| RICHARD DAVIS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> JOHN MARSHALL, Warden, ) <br> ) <br> Respondent. ) <br> ) | Case No. CV 08-1513-DDP (MLG) <br><br> AMENDMENT TO REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

On July 26, 2010, this Court issued a Report recommending that the petition for writ of habeas corpus be granted and that within 30 days from entry of judgment, the California Board of Parole Hearings be required to set a date upon which Petitioner shall be released from prison and begin his period of parole supervision. Respondent filed objections on August 16, 2010, and on October 29, 2010, was granted leave to file a supplemental objection. In those supplemental objections, Respondent argued that in light of the intervening decision of the United States Court of Appeals for the Ninth Circuit in *Haggard v. Curry*, 623 F.3d 1035 (9th Cir. 2010)(order granting stay), the appropriate remedy in this case was an order directing the parole board to engage in a new, properly conducted parole suitability determination. *Id.* at 1041-42; *see also In re Prather*, 50 Cal.4th 238

(2010). On November 1, 2010, Petitioner filed a supplemental memorandum of points and authorities in opposition to Respondent's supplemental objections.

Respondent's supplemental objection correctly states the current remedy available to Petitioner in this case. In *Haggard v. Curry*, --- F.3d ---, 2010 WL 4978842 (9th Cir., Dec. 9, 2010), the court issued an amended opinion which reiterated its earlier holding, stating: "We therefore hold that where the Board's parole denial decision is not based on 'some evidence' of current dangerousness, the California-created, but federally enforceable, liberty interest in parole gives the prisoner only the right to a redetermination by the Board consistent with the state's 'some evidence' requirement, not the right to release on parole." *Id*. at * 5.

Accordingly, the Report and Recommendation filed July 26, 2010, is amended to recommend that the petition for writ of habeas corpus be granted and that this matter be remanded to the California Board of Parole Hearings for further proceedings consistent with the decisions of the California Supreme Court in *In re Lawrence*, 44 Cal.4th 1181 (Cal.2008) and *In re Shaputis*, 44 Cal.4th 1241,(Cal. 2008), as interpreted by *Hayward v. Marshall*, 603 F.3d 546 (9th Cir. 2010) (en banc), *Pearson v. Muntz*, 606 F.3d 606 (9th Cir. 2010) (per curiam), *Cooke v. Solis*, 606 F.3d 1206 (9th Cir. 2010), and *Pirtle v. California Board of Prison Terms*, 611 F.3d 1015 (9th Cir. 2010).

Dated: December 15, 2010

_____
Marc L. Goldman
United States Magistrate Judge

2